GERTRUDE ELEANOR WALSH, Respondent, v. RUDOLPH ERNEST TIEDEMANN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of AUGUSTA H. LYNDE, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN STENECK and Others, Doing Business under the Firm Name, etc., Respondents, v. WILLIAM HARRIS, JR., and Another, as Executors, etc., of WILLIAM HARRIS, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

RAFFAELE MARTORELLI, Appellant, v. ITALIAN IMPORTING COMPANY OF NEW YORK, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SOCIETA LIBRARIA ITALIANA (ITALIAN BOOK COMPANY), Appellant, v. CHARLES BARSOTTI, Doing Business under the Name and Style of IL PROGRESSO ITALO-AMERICANO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDWARD B. LA FETRA, Respondent, v. HUDSON TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and the costs awarded to plaintiff by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FLORINDO S. POLO, Respondent, v. FREDERICK W. HVOSLEF and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Clarke, P. J., and Smith, J., dissenting.

JOHN PARISE, Respondent, v. ARTHUR GOLDSTEIN and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM A. MOSMAN, Respondent, v. JOSEPH E. BARLOW, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JULIUS SOKOL, Appellant, v. PERKINS-CAMPBELL COMPANY, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANNIE DONOVAN, as Administratrix, etc., of THOMAS J. DONOVAN, Deceased, Respondent, v. HENRY KAST, SR., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.